IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHARMARON, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 25-148 (MN) |
| | ) | |
| APRINOIA THERAPEUTICS, LLC and | ) | |
| APRINOIA THERAPEUTICS LIMITED, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

At Wilmington, this 4th day of August 2026:

WHEREAS, on July 17, 2026, Magistrate Judge Tennyson issued a Report and Recommendation ("the Report") (D.I. 24) in this action recommending that the Court grant Plaintiff's Application for Entry of Default Judgment Under Rule 55(b) Against Defendant Aprinoia Therapeutics, LLC (D.I. 13) and enter judgment against Defendant as set forth in the Report;

WHEREAS, no party filed objections to the Report pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record;

THEREFORE, IT IS HEREBY ORDERED that:

1.      The Report and Recommendation (D.I. 24) is ADOPTED.

2.      Plaintiff's Application for Entry of Default Judgment Under Rule 55(b) Against Defendant Aprinoia Therapeutics, LLC. (D.I. 13) is GRANTED.

2.      Judgment shall be entered in favor of Plaintiff and against Defendant Aprinoia Therapeutics, LLC as set forth in the Report and Recommendation.  (D.I. 24 at 10).

IT IS FURTHER ORDERED that Petitioner, to the extent possible, shall serve a copy of this Order and the Default Judgment entered on this date on Defendant and shall file an Affidavit of Service evidencing such.

The Honorable Maryellen Noreika
United States District Judge